## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch                                                    Sheri Jones
Clerk of Court                                                    Chief Deputy

Kimberly A. Ford,                    }
                                     }
                                     }
           Plaintiff,                }
    v.                               }   Case Number: 5:26-cv-255-HNJ
                                     }
Honorable Liles C Burke,             }
                                     }
                                     }
           Defendants.               }

## NOTICE OF REASSIGNMENT

The above-styled civil action has been randomly reassigned to the **Honorable Judge Emily C. Marks.** Please use case number **5:26-cv-255-ECM** in all subsequent pleadings.

DATED: February 24, 2026

GREER M. LYNCH, CLERK

By: _C. Berryman_
         Deputy Clerk

GML: lcb

xc:    Judges
       Counsel