IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KIMBERLY A. FORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 5:26-cv-255-ECM ) |
| HONORABLE LILES C. BURKE, | ) ) |
| Defendant. | ) |

**O R D E R**

For good cause, it is

ORDERED that, pursuant to 28 U.S.C. § 636, this case is REFERRED to the United States Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 25th day of February, 2026.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      UNITED STATES DISTRICT JUDGE