# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| KIMBERLY A. FORD, ESQ.<br><br>    Plaintiff,<br><br>v.<br><br>HONORABLE LILES C. BURKE, in his individual capacity, and the UNITED STATES OF AMERICA<br><br>    Defendants. | CIVIL ACTION NO. 5:26-cv-0255-ECM |

## UNOPPOSED MOTION TO CONSOLIDATE

Defendants, the Honorable Liles C. Burke, United States District Judge for the Northern District of Alabama ("Judge Burke"), and the United States move to consolidate the above-captioned case with Case No. 5:26-cv-0284-ECM under Federal Rule of Civil Procedure 42(a) for the reasons set forth in the accompanying memorandum.[1] Plaintiff, Kimberly A. Ford, Esq., does not oppose the motion.

---

[1] The undersigned also represents the defendant in 5:26-cv-0284-ECM, the Honorable R. David Proctor, Senior United States District Judge for the Northern District of Alabama ("Judge Proctor"). He represents that Judge Proctor agrees with consolidation.

CATHERINE L. CROSBY
ACTING UNITED STATES
ATTORNEY

_____/s/_____
Praveen Krishna
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001

CERTIFICATE OF SERVICE

I certify that on March 2, 2026, I served a copy of the above on the Plaintiff by sending a copy by certified mail to:

Kimberly A. Ford, Esq.
470 Providence Main, Suite 302C
Huntsville, AL 35806

/s/
Praveen Krishna
Assistant United States Attorney